IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MILAN, | No. C-13-3796 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT BOSTON SCIENTIFIC CORPORATION TO SUBMIT CHAMBERS COPY OF MOTION TO DISMISS** |
| v. | |
| ANITA KOTAMRAJU RAMA, M.D., et al., | |
| Defendants. / | |

On August 30, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant Boston Scientific Corporation to submit forthwith a chambers copy of its motion to dismiss, filed August 22, 2013.

**IT IS SO ORDERED.**

Dated: September 11, 2013

_____
MAXINE M. CHESNEY
United States District Judge