IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MILAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANITA KOTAMRAJU RAMA, M.D., et al.,<br><br>　　　　Defendants.　　　　　　　　　/ | No. C-13-3796 MMC<br><br>**ORDER VACATING ORDER DIRECTING DEFENDANT BOSTON SCIENTIFIC CORPORATION TO SUBMIT CHAMBERS COPY OF MOTION TO DISMISS** |

　　　　On today's date, shortly after the Court issued its order directing defendant Boston Scientific Corporation to submit a chambers copy of its motion to dismiss, the Clerk of Court located the copy that had been provided to the previously assigned judge.

　　　　Accordingly, the Court's order directing Boston Scientific Corporation to provide a chambers copy of its motion to dismiss is hereby VACATED.

　　　　**IT IS SO ORDERED.**

Dated: September 11, 2013

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge