IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MILAN, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>ANITA KOTAMRAJU, M.D., et al., <br><br>　　　　Defendants. <br> _____ / | No. C-13-3796 MMC <br><br>**ORDER DIRECTING DEFENDANT SANDHU TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　　　On September 9, 2013, defendant Anahat Sandhu, M.D., electronically filed her response to plaintiff's motion to remand, as well as a request for judicial notice. Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

　　　　Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if she fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

1 record any electronically-filed document of which a chambers copy has not been timely
2 provided to the Court.
3     **IT IS SO ORDERED.**
4
5 Dated: September 17, 2013
                                      MAXINE M. CHESNEY
6                                         United States District Judge