United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MILAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ANITA KOTAMRAJU, M.D., et al.,<br><br>    Defendants.<br>_____/ | No. C-13-3796 MMC<br><br>**ORDER DIRECTING DEFENDANT SANDHU TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

      On September 9, 2013, defendant Anahat Sandhu, M.D., electronically filed her response to plaintiff's motion to remand, as well as a request for judicial notice.  Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Defendant is hereby advised that if she fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the

record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  September 17, 2013

MAXINE M. CHESNEY
United States District Judge