Mark E. Burton (SBN 178400)
mburton@audetlaw.com
Young S. Lee (SBN 184506)4100
ylee@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555

*Attorneys for Plaintiff, Rebecca Milan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA MILAN, <br><br> Plaintiffs, <br><br> vs. <br><br> ANITA KOTAMRAJU RAMA, M.D., also known as ANITA K. ROSSLAND, ANAHAT SANDHU, M.D., DIABLO VALLEY WOMEN OB/GYN MEDICAL GROUP, INC., BOSTON SCIENTIFIC CORPORATION, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NUMBER CV 13-03796 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER LIFTING THIS COURT'S OCTOBER 3, 2013 STAY AND REMANDING CASE TO ALAMEDA COUNTY SUPERIOR COURT** <br><br> Current Date:          October 7, 2013 <br> Courtroom 7 <br><br> Date Complaint Filed:     June 5, 2013 |

WHEREAS, Plaintiff had a Motion for Remand and Request for Award of Costs and Attorneys' Fees scheduled for hearing on October 11, 2013, at 9:00 a.m.;

WHEREAS, Boston Scientific Corporation had a Motion to Stay All Proceedings Pending a Transfer by the Judicial Panel on Multidistrict Litigation and Motion to Dismiss Plaintiff's Complaint scheduled for hearing on October 11, 2013, at 9:00 a.m.;

WHEREAS, the parties had prior to October 3, 2013, met and conferred and agreed upon a resolution of all three pending motions to take all matters off calendar and remand the case back to Alameda Superior Court, waiving any right to request or seek costs or attorneys' fees associated with the motions;

1

STIPULATION AND [PROPOSED] ORDER LIFTING THIS COURT'S OCTOBER 3, 2013 STAY AND REMANDING CASE TO ALAMEDA COUNTY SUPERIOR COURT

1  WHEREAS, the parties stipulate to remand the case back to Alameda Superior Court, waiving any right to request or seek costs or attorneys' fees associated with the above-referenced motions; and

THEREFORE, all parties stipulate, and respectfully request that the Court lift its stay, as ordered on October 3, 2013, for purposes of remanding this case back to Alameda County Superior Court, where it was originally filed. All parties waive any right to request or seek costs or attorneys' fees associated with the motions.

Dated: Oct. 8, 2013

AUDET & PARTNERS, LLP

_____
Young S. Lee (SBN 184506)
ylee@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555

*Attorneys for Plaintiff, Rebecca Milan*

SHOOK, HARDY & BACON L.L.P.

Dated: _____

_____
Eva M. Weiler
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500

*Attorneys for Defendant*
*Boston Scientific Corporation*

DONNELLY NELSON DEPOLO & MURRAY

Dated: October 7, 2013

_____
Sonja M. Dahl
201 North Civic Drive, Suite 94596
Walnut Creek, CA 94596

*Attorneys for Defendant*
*Anahat Sandhu, M.D.*

2

Audet & Partners, LLP

STIPULATION AND [PROPOSED] ORDER LIFTING THIS COURT'S OCTOBER 3, 2013 STAY AND REMANDING CASE TO ALAMEDA COUNTY SUPERIOR COURT

WHEREAS, the parties stipulate to remand the case back to Alameda Superior Court, waiving any right to request or seek costs or attorneys' fees associated with the above-referenced motions; and

THEREFORE, all parties stipulate, and respectfully request that the Court lift its stay, as ordered on October 3, 2013, for purposes of remanding this case back to Alameda County Superior Court, where it was originally filed. All parties waive any right to request or seek costs or attorneys' fees associated with the motions.

Dated: _____

AUDET & PARTNERS, LLP

_____
Young S. Lee (SBN 184506)
ylee@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555

*Attorneys for Plaintiff, Rebecca Milan*

SHOOK, HARDY & BACON L.L.P.

Dated: 10/8/13

_____
Eva M. Weiler
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500

*Attorneys for Defendant*
*Boston Scientific Corporation*

DONNELLY NELSON DEPOLO & MURRAY

Dated: _____

_____
Sonja M. Dahl
201 North Civic Drive, Suite 94596
Walnut Creek, CA 94596

*Attorneys for Defendant*
*Anahat Sandhu, M.D.*

2
STIPULATION AND [PROPOSED] ORDER LIFTING THIS COURT'S OCTOBER 3, 2013 STAY AND REMANDING CASE TO ALAMEDA COUNTY SUPERIOR COURT

Dated: 10-7-13

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

*/s/ Denise E. Olle*
Denise Billups-Slone
1211 Newell Ave
Walnut Creek, CA 94596
*Attorneys for Defendant*
*Anita Rama, M.D.*

## ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that this Court's October 3, 2013, Order Granting Boston Scientific Corporation's Motion for Stay is hereby lifted to the extent that a stay was granted pending a transfer by the Judicial Panel on Multidistrict Litigation. All pending motions previously scheduled for October 11, 2013, remain VACATED, as well as the Case Management Conference scheduled for November 15, 2013.

IT IS FURTHER ORDERED that this case shall be remanded back to State Court, Alameda County Superior Court. The Clerk of Court is hereby ORDERED to remand this case to Alameda County Superior Court and to terminate the federal case CV 13-03796 MMC.

Dated: October 9, 2013

*/s/ Maxine M. Chesney*
The Honorable Maxine M. Chesney
United States Magistrate Judge

Audet & Partners,

3

STIPULATION AND [PROPOSED] ORDER LIFTING THIS COURT'S OCTOBER 3, 2013 STAY AND REMANDING CASE TO ALAMEDA COUNTY SUPERIOR COURT